
FILED
AUG 14 2015

CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JANELLE JANSEN, | 4:13-CV-04068-RAL |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| THE LINCOLN FINANCIAL GROUP, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, GROUP LONG TERM DISABILITY INSURANCE FOR THE EMPLOYEES OF THE MINUTE CLINIC GROUP OF EMPLOYERS, THE MINUTE CLINIC GROUP OF EMPLOYERS, | |
| Defendants. | |

Based upon the Opinion and Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendants' Motion for Summary Judgment, Doc. 38, and the reasons contained therein, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits under Rules 54 and 58 of the Federal Rules of Civil Procedure with judgment against Plaintiff and for the Defendants hereby entering.

DATED this 14th day of August, 2015.

BY THE COURT:

ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE